UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

        Plaintiff,

- against -

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,

        Defendants.

23-cv-6286 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 15, 2023.

SO ORDERED.

Dated:    New York, New York
            September 4, 2023

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                              United States District Judge