UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWIN BLANCO, ET AL.,            23-cv-6286 (JGK)

         Plaintiffs,            ORDER

- against -

DEL CARIBE MEAT, INC., ET AL.,

         Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a stipulation of dismissal with prejudice pursuant to the settlement agreement, see ECF No. 28, by **April 25, 2024**.

SO ORDERED.

Dated:    New York, New York
            April 18, 2024

                                            John G. Koeltl
                                     United States District Judge